IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN K. MISENER                                                    PLAINTIFF

VS.                       CASE NO. 4:08-CV-346 HLJ

MICHAEL J. ASTRUE,                                                 DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action. This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26TH day of August, 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE